

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

JUL 07 2017

Anthony Paronich
Broderick & Paronich, P.C.
99 High Street, Suite 304
Boston, MA 02110

Re: FOIA-2017-01112
National Gas & Electric

Dear Mr. Paronich:

This is in response to your request dated June 27, 2017 under the Freedom of Information Act seeking access to telemarketing complaints concerning National Gas & Electric since January 1, 2016. In accordance with the FOIA and agency policy, we have searched our records as of June 27, 2017, the date we received your request in our FOIA office.

The Commission's fee regulations specify that fees less than $25 will be waived. *See* 16 C.F.R. § 4.8(b)(4). Because the fees associated with the processing of your request did not exceed $25, we have processed your request free of charge.

We have located 4 responsive complaints that consumers have made to the Federal Trade Commission ("FTC"). You should know that the enclosed complaints have not necessarily been verified by the FTC. Therefore, you should make your own judgment about relying on the information provided. I am denying access to consumers' names and addresses, and any other identifying information found in the complaints. This information is exempt from release under FOIA Exemption 6, 5 U.S.C. § 552(b)(6), because individuals' right to privacy outweighs the general public's interest in seeing personal identifying information. *See The Lakin Law Firm v. FTC*, 352 F.3d 1122 (7th Cir. 2003).

If you are not satisfied with this response to your request, you may appeal by writing to Freedom of Information Act Appeal, Office of the General Counsel, Federal Trade Commission, 600 Pennsylvania Avenue, N.W., Washington, D.C. 20580, within 90 days of the date of this letter. Please enclose a copy of your original request and a copy of this response.

You also may seek dispute resolution services from the FTC FOIA Public Liaison Richard Gold via telephone at 202-326-3355 or via e-mail at rgold@ftc.gov; or from the Office of Government Information Services via email at ogis@nara.gov, via fax at 202-741-5769, or via mail at Office of Government Information Services (OGIS), National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740.

If you have any questions about the way we handled your request or about the FOIA regulations or procedures, please contact Brian Welke at 202-326-2897.

Sincerely,

Dione J. Stearns
Assistant General Counsel

 

**DNC COMPLAINT**

| Record 1 of 4 ||
|---|---|
| Reference Number | 82844128 |
| Complaint Source | National Do Not Call Registry |
| Phone In Registry? | Y |
| Consumer First Name | b(6) |
| Consumer Middle Name | |
| Consumer Last Name | b(6) |
| Consumer Address, Line 1 | b(6) |
| Consumer Address, Line 2 | |
| Consumer Address, City | Cincinnati |
| Consumer Address, State | OH |
| Consumer Address, State Name | Ohio |
| Consumer Address, ZIP Code | b(6) |
| Consumer Phone, Area Code | b(6) |
| Consumer Phone, Number | b(6) |
| Company Name | National gas and electric |
| Company State | OH |
| Company Phone, Country Code | |
| Company Phone, Area Code | 513 |
| Company Phone, Number | 2140216 |
| Other Information Created Date | 04/13/2017 |
| Other Information Complaint Date | 04/13/2017 |
| Other Information Product Service Description | National Do Not Call Registry |
| Other Information Organization | National Do Not Call Registry |
| Other Information Complaint Channel | Web |
| Other Information Transaction Date | 04/13/2017 |
| Other Information Transaction Time | 13:35:00 |
| Other Information Comments | Subject matter of the call: Energy, solar, & utilities |
| Other Information Existing Business Relationship | No |
| Other Information Pre-Recorded Message | No |
| Other Information Requested Entity to Stop Calling | Yes |

| Record 2 of 4 | |
|---|---|
| Reference Number | 81709319 |
| Complaint Source | National Do Not Call Registry |
| Phone In Registry? | Y |
| Consumer First Name | b(6) |
| Consumer Middle Name | |
| Consumer Last Name | b(6) |
| Consumer Address, Line 1 | b(6) |
| Consumer Address, Line 2 | |
| Consumer Address, City | Cincinnati |
| Consumer Address, State | OH |
| Consumer Address, State Name | Ohio |
| Consumer Address, ZIP Code | b(6) |
| Consumer Phone, Area Code | b(6) |
| Consumer Phone, Number | b(6) |
| Company Name | National Gas and Electric |
| Company State | TF |
| Company Phone, Country Code | |
| Company Phone, Area Code | 888 |
| Company Phone, Number | 4420002 |
| Other Information Created Date | 03/11/2017 |
| Other Information Complaint Date | 03/11/2017 |
| Other Information Product Service Description | National Do Not Call Registry |
| Other Information Organization | National Do Not Call Registry |
| Other Information Complaint Channel | Web |
| Other Information Transaction Date | 03/10/2017 |
| Other Information Transaction Time | 09:25:00 |
| Other Information Comments | Get repeated calls from this company. Each time I tell them I am on the do not call list and ask that they not call again. --- Subject matter of the call: Energy, solar, & utilities |
| Other Information Existing Business Relationship | No |
| Other Information Pre-Recorded Message | No |
| Other Information Requested Entity to Stop Calling | Yes |

| Record 3 of 4 |
|---|

| Reference Number | 81849289 |
|---|---|
| Complaint Source | National Do Not Call Registry |
| Phone In Registry? | Y |
| Consumer First Name | b(6) |
| Consumer Middle Name | |
| Consumer Last Name | b(6) |
| Consumer Address, Line 1 | b(6) |
| Consumer Address, Line 2 | |
| Consumer Address, City | Cincinnati |
| Consumer Address, State | OH |
| Consumer Address, State Name | Ohio |
| Consumer Address, ZIP Code | b(6) |
| Consumer Phone, Area Code | b(6) |
| Consumer Phone, Number | b(6) |
| Company Name | National Gas and Electric |
| Company State | OH |
| Company Phone, Country Code | |
| Company Phone, Area Code | 513 |
| Company Phone, Number | 5807741 |
| Other Information Created Date | 03/16/2017 |
| Other Information Complaint Date | 03/16/2017 |
| Other Information Product Service Description | National Do Not Call Registry |
| Other Information Organization | National Do Not Call Registry |
| Other Information Complaint Channel | Web |
| Other Information Transaction Date | 03/15/2017 |
| Other Information Transaction Time | 10:11:00 |
| Other Information Comments | This company has begun to call us DAILY. Please, please, please this has to stop! --- Subject matter of the call: Energy, solar, & utilities |
| Other Information Existing Business Relationship | No |
| Other Information Pre-Recorded Message | No |
| Other Information Requested Entity to Stop Calling | Yes |

| Record 4 of 4 | |
|---|---|
| Reference Number | 83995459 |
| Complaint Source | National Do Not Call Registry |
| Phone In Registry? | Y |

| | |
|---|---|
| Consumer First Name | |
| Consumer Middle Name | |
| Consumer Last Name | b(6) |
| Consumer Address, Line 1 | |
| Consumer Address, Line 2 | |
| Consumer Address, City | |
| Consumer Address, State | PA |
| Consumer Address, State Name | Pennsylvania |
| Consumer Address, ZIP Code | |
| Consumer Phone, Area Code | b(6) |
| Consumer Phone, Number | b(6) |
| Company Name | National Gas and Electric |
| Company State | TF |
| Company Phone, Country Code | |
| Company Phone, Area Code | 888 |
| Company Phone, Number | 5423955 |
| Other Information Created Date | 05/16/2017 |
| Other Information Complaint Date | 05/16/2017 |
| Other Information Product Service Description | National Do Not Call Registry |
| Other Information Organization | National Do Not Call Registry |
| Other Information Complaint Channel | Web |
| Other Information Transaction Date | 05/16/2017 |
| Other Information Transaction Time | 08:56:00 |
| Other Information Comments | Subject matter of the call: Energy, solar, & utilities |
| Other Information Existing Business Relationship | No |
| Other Information Pre-Recorded Message | No |
| Other Information Requested Entity to Stop Calling | Yes |

As a Consumer Sentinel Network member, you must properly protect any information printed, downloaded, or otherwise removed from the Network as stated in OMB Memo M-06-16. Please delete or destroy this information within 90 days unless its use is still required for law enforcement purposes. When destroying the information you should burn, pulverize, or shred the information saved in paper format and destroy or erase information that has been saved electronically so that it cannot practicably be read or reconstructed. Proper erasure of electronic information must include the overwriting or "wiping" of the information from the electronic media on which it is stored.

Provided by the Federal Trade Commission