**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| KEN JOHANSEN on behalf of himself and others similarly situated, | : | Case No. 2:17-cv-587 |
| | : | |
| | : | Judge Graham |
| Plaintiff, | : | |
| | : | Magistrate Judge Deavers |
| v. | : | |
| | : | |
| NATIONAL GAS & ELECTRIC LLC, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Ken Johansen, on behalf of himself and others similarly situated, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Court's Order and Judgment entered in this action on the 16$^h$ day of August, 2018, granting summary judgment to Defendant.

Respectfully submitted,

**/s/ Brian K. Murphy**
Brian K. Murphy (0070654), Trial Attorney
Jonathan P. Misny (0090673)
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.488.0400
Facsimile: 614.488.0401
E-mail: murphy@mmmb.com
misny@mmmb.com

Anthony Paronich (admitted *pro hac vice*)
Edward A. Broderick (admitted *pro hac vice*)
Broderick & Paronich, P.C.
99 High Street, Suite 304
Boston, MA 02110
E-mail: anthony@broderick-law.com
ted@broderick-law.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2018, the foregoing was filed using the CM/ECF system, which will automatically provide notice to the following by electronic means:

John L. Landolfi
Christopher C. Wager
Vorys, Sater, Seymour & Pease LLP
52 East Gay Street
Columbus, OH 43215
jllandolfi@vorys.com
ccwager@vorys.com

Michelle Pector
Ezra Church
Ben Williams
Morgan, Lewis & Bockius LLP
1000 Louisiana, Suite 4000
Houston, TX 77002
Michelle.pector@morganlewis.com
Ezra.church@morganlewis.com
Ben.williams@morganlewis.com

              **/s/ Brian K. Murphy**
              Brian K. Murphy