**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 18, 2019

Mr. Ezra Dodd Church
Morgan, Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

Mr. Jonathan P. Misny
Murray, Murphy, Moul & Basil
1114 Dublin Road
Suite 150
Columbus, OH 43215

Mr. Brian K. Murphy
Murray, Murphy, Moul & Basil
1114 Dublin Road
Suite 150
Columbus, OH 43215

Ms. Michelle D. Pector
Morgan, Lewis & Bockius
1000 Louisiana Street
Suite 4000
Houston, TX 77002

Mr. William R. Peterson
Morgan, Lewis & Bockius
1000 Louisiana Street
Suite 4000
Houston, TX 77002

Jared Wilkerson
Morgan, Lewis & Bockius
1000 Louisiana Street
Suite 4000
Houston, TX 77002

Re: Case No. 18-3895, *Ken Johansen v. National Gas & Electric, LLC*
Originating Case No. : 2:17-cv-00587

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Mr. Richard W. Nagel

Enclosure

No mandate to issue

Case No. 18-3895

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

KEN JOHANSEN

    Plaintiff - Appellant

v.

NATIONAL GAS & ELECTRIC, LLC

    Defendant - Appellee

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                     **ENTERED PURSUANT TO RULE 33,**
                                     **RULES OF THE SIXTH CIRCUIT**
                                     Deborah S. Hunt, Clerk

Issued: April 18, 2019